# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

FED EX PACKAGE TRACKING NUMBER 7904640006681 ADDRESSED TO ELVIRA GILBERTS, 777 SOUTH CITRUS AVE., UNIT 157, AZUSA, CA 91702

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   JESUS H. GOMEZ   being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
(Official Title)

**that there is now in the District of Columbia, certain property, namely a FedEx Package Tracking number 7904640006681 which is described as a 15 pound box measuring 17" X 17" X 17", for delivery to Elvira Gilberts, 777 South Citrus Avenue., Unit 157, Azusa, CA, 91702. The box was shipped by Mahmood, Parcel Express, 3351 Corridor Marketplace, Suite 400, Laurel, MD 20724, United States, US.**

**which contains certain evidence concerning violations of Title 21 United States Code, Section(s) 841(a)(1).**

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    YES  ☐  NO

ORGANIZED CRIME NARCOTICS
(202)202-305-1749

Signature of Affiant
,

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer          Signature of Judicial Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A ) | |
| FEDEX PACKAGE BEARING TRACKING ) | CASE NO. |
| NUMBER 7904640006681 ADDRESSED TO ) | |
| ELVIRA GILBERTS, 777 SOUTH CITRUS AVE., ) | |
| UNIT 157, AZUSA, CA 91702 ) | |

**A F F I D A V I T**

I, Jesus H. Gomez, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C., (hereinafter the "affiant") being duly sworn, depose and state as follows:

INTRODUCTION

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been a Special Agent (SA) with the FBI since 2002. I am currently assigned to Squad CR-3, which is responsible for conducting investigations which target large scale narcotics trafficking organizations. From 2002 until September 2003, I was assigned to a counterterrorism squad. From 1995 until 2002, I was employed as a law enforcement officer for the State of Georgia, during which time I investigated federal, state, and local narcotics violations, which have led to the arrest and conviction of numerous narcotics distributors. Since 1995, I have received training and experience in interview and interrogation techniques, arrest procedures, search and seizure, search

warrant applications, narcotics, narcotics investigations, white collar crimes, white collar crime investigations, and various other crimes. In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. In the course of conducting these investigations, your affiant has been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; requesting, collecting, and analyzing billing records; conducting court-authorized electronic surveillance; and preparing and executing search warrants.

3. Through instruction, training, and participation in investigations, your affiant has become familiar with the manner and methods by which narcotics traffickers conduct their illegal business, and the language and terms that are used to disguise conversations about their narcotics activities. From experience and training, your affiant has learned, among other things, that: (a) the state of California is a trans-shipment point for phencyclidine (PCP), cocaine, and other illicit drugs. Illegal narcotics and precursor chemicals for PCP are routinely covertly transported from Mexico into Southern California; (b) in conversations which drug traffickers believe are susceptible to interception, they rarely expressly refer to PCP, cocaine, or other illegal drugs by name; instead, to conceal the true nature of their illegal activities and to thwart detection by law enforcement, they

refer to the drugs and drug quantities using seemingly innocent terms; and (c) narcotics traffickers frequently use cellular telephones to further their illegal activities by, among other things, remaining in constant or ready communication with one another, either verbally or via text messaging, without restricting either party to a particular location at which they might be the subject of physical surveillance by law enforcement authorities, and because they erroneously believe that interception of cellular communications is impossible, or at least more difficult, than interception of land-line telephones.

4    The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

5.    This investigation began as a result of information provided by officer, agents, and confidential sources that Antoine Depree Richards is trafficking large quantities of phencyclidine (PCP) and shipping bulk packages of U.S. currency in the Washington, D.C., metropolitan area. Richards has been a cooperating source of information for the Federal Bureau of Investigation (FBI) since 2004, and is presently awaiting sentencing. The following events have occurred beginning in December 2006.

6.    On December 8, 2006, Metropolitan Police Department interdicted a FedEx package being delivered to 3125 E Street, S.E., Washington, D.C., which is the residence of the mother of

Richards. The package contained approximately one and a half gallons of PCP.

7.     On January 18, 2007, agents of the FBI interviewed Richards in reference to the package seized by the Metropolitan Police Department. Richards advised that he had been in Los Angeles, California, with another individual who had requested that Richards provide an address in Washington, D.C., in which packages of illegal narcotics could be shipped. The individual advised Richards that no one needed to sign for that packages because they would be shipped with no signature required. Richards advised that he provided the individual with the address of his mother. Richards advised that he knew of three packages that the individual had shipped to his mother's residence. Richards had not previously disclosed this information to the FBI.

8.     Your affiant has identified similar packages being shipped to Washington, D.C., dating back to October 2006. At least one of the packages was also shipped to an individual identified as a girlfriend of Richards, on October 23, 2006. On that same date, a separate package was shipped to the residence of Richards' mother. Richards was asked about the package shipped to his girlfriend and he advised that the individual that requested the address to ship the packages also knew Richards' girlfriend and that he must have shipped another package to her.

9.     On February 27, 2008, your affiant was advised that a UPS package had been seized in Culver City, California, which contained in excess of $60,000. The U.S. currency had been shipped from an Office Depot in Annapolis, Maryland, to an individual that was staying in a hotel in California. Your affiant was advised by an Anne Arundel County Police Detective that a source of information had identified Richards as the individual that had shipped the package containing the U.S. currency. The source also advised that Richards had shipped two previous packages to different hotels in the Los Angeles, California, area.

4

10. Your affiant was also advised that upon delivery of the $60,000 and arrest of the individual receiving the package, the individual who received the package advised law enforcement that he was paid $500 to stay in the hotel overnight and receive the package.

11. On March 5, 2008, upon further investigation, your affiant identified that Richards has been renting a condominium at 5 Park Place, Unit 321, Annapolis, Maryland, since September 27, 2007. Management of the Park Place Condominiums advised that Richards has traveled to Los Angeles on several occasions since residing at the location. They also advised that they were familiar with Richards because he has installed a security camera outside of the door of the condominium in which he is renting. Your affiant also observed a package log for the condominium building, which lists packages received by residents. Richards has received at least nine FedEx or United States Postal Service packages at 5 Park Place, since January 30, 2008.

12. Your affiant has known Richards for approximately four and a half years and knows Richards to reside at 15219 Derbyshire Way, Accokeek, Maryland. Richards still maintains the 15219 Derbyshire Way address as his residence. Richards has deliberately withheld information of his rented condominium at 5 Park Place, Unit 321, Annapolis, Maryland, from the FBI.

13. On March 6, 2008, a bench warrant for the arrest of Antoine Depree Richards was signed by Judge Reggie B. Walton of this Court and a search warrant was obtained in the District of Maryland for Richards' residence at 5 Park Place, Unit 321, Annapolis, Maryland. In anticipation of the execution of those warrants on March 7, 2008, Richards was placed under surveillance by agents of the FBI who watched him enter a FedEx office in Laurel, Maryland, carrying a box. When Richards departed the office without the box, an agent entered and inquired of employees concerning Richards' business there . The agent learned that Richards had left a 15 pound box measuring 17"

x 17" x 17", for delivery to Elvira Gilberts, 777 South Citrus Avenue, Unit 157, Azusa, CA, 91702. The box was shipped by Mahmood, Parcel Express, 3351 Corridor Marketplace, Suite 400, Laurel, Maryland, 20724, United States, US. Given Richards very recent history in shipping money to California and receiving drugs shipped from California the box was seized and brought to the FBI's Washington, D.C., Field Office where it was placed in evidence unopened while a search warrant was requested.

14. Based on the foregoing, your affiant submits there is probable cause to believe that Antoine Depree Richards did unlawfully, knowingly and intentionally conspire to distribute one kilograms or more of a mixture or substance containing a detectable amount of phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and that in furtherance of that conspiracy he has placed money or other items of value in the above described box. Your affiant request the the Court issue a search warrant for a 15 pound box measuring 17" x 17" x 17", for delivery to Elvira Gilberts, 777 South Citrus Avenue, Unit 157, Azusa, CA, 91702. The box was shipped by Mahmood, Parcel Express, 3351 Corridor Marketplace, Suite 400, Laurel, Maryland, 20724, United States, US.

JESUS H. GOMEZ, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this ____ day of March, 2008.

JOHN M. FACCIOLA, Magistrate Judge
United States District Court
  for the District of Columbia