AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

FED EX PACKAGE TRACKING NUMBER
7904640006681 ADDRESSED TO ELVIRA
GILBERTS, 777 SOUTH CITRUS AVE.,
UNIT 157, AZUSA, CA 91702

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 1 6 9 - M - 0 1

TO.  JESUS H. GOMEZ   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent JESUS GOMEZ  who has reason to believe that in the District of Columbia inside a

**FedEx package, tracking number 7904640006681 is described as a 15 pound box measuring 17" X 17" X 17", for delivery to Elvira Gilberts, 777 South Citrus Avenue, Unit 157, Azusa, CA, 91702. The box was shipped by Mahmood, Parcel Express, 3351 Corridor Marketplace, Suite 400, Laurel, MD 20724, United States, US.**

**there is now concealed a certain property, which is evidence concerning violations of Title 21 United States Code, Section(s) 841(a)(1).**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___March 17, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S Judge/U.S. Magistrate Judge, as required by law.

MAR 0 7 2008

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_
Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MARCH 7, 2008 | 3/7/08  1:15 PM | |

| INVENTORY MADE IN THE PRESENCE OF | Special Agent Ryan Pardee, FBI, WFO |
|---|---|

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 - Cardboard box containing a box of computer speakers.

1 - Philips computer speaker set containing a sub-woofer.

$36,930.00 in U.S. currency, which was secreted in above listed sub-woofer.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature: James H. S___]_

**FILED**
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

3-11-08
Date